wig Mowinckels Rederi and others, as *amici curiae,* are denied. Certiorari denied. *Herman Goldman, Elkan Turk* and *George F. Galland* for petitioners in No. 718. *Francis T. Greene* and *Joseph A. Klausner* for petitioner in No. 774. *Acting Solicitor General Stern* and *Ralph S. Spritzer* for the United States, respondent. *John J. O'Connor, Thurman Arnold, Paul A. Porter* and *William L. McGovern* for Isbrandtsen Co., Inc., respondent.

No. 732. DE VITA *v.* NEW JERSEY; and

No. 733. GRILLO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the petitions should be granted. *Harry Kay* for petitioner in No. 732. *George R. Sommer* for petitioner in No. 733. *Edward Gaulkin* and *C. William Caruso* for respondent. ■

No. 740. CLY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. ■

No. 788. LOPEZ *v.* AMERICAN-HAWAIIAN STEAMSHIP Co. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* and *Herman Moskowitz* for petitioner. *Thomas E. Byrne, Jr.* for respondent. ■

No. 462, Misc. TATUM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 499, Misc. PENNSYLVANIA EX REL. ELLIOTT *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON.